# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**WILLIE WOODARD**                                                                                          **PLAINTIFF**

v.                               **Case No. 2:19-cv-00094 BSM**

**ANDREW SAUL, Commissioner of**                                                         **DEFENDANT**
**Social Security Administration**

## ORDER

The proposed findings and recommendations ("recommendation") from United States Magistrate Judge J. Thomas Ray [Doc. No. 13] has been received. After careful review of the record, the recommendation is adopted. The commissioner's decision is reversed, and the case is remanded for further review.

IT IS SO ORDERED this 17th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE