IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILLIE WOODARD**  PLAINTIFF

v.  Case No. 2:19-cv-00094 BSM

**ANDREW SAUL, Commissioner of**  DEFENDANT
**Social Security Administration**

## JUDGMENT

Consistent with the order entered today, the commissioner's decision is reversed and this case is remanded for further review.

IT IS SO ORDERED this 17th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE